IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| VERIZON WASHINGTON, DC INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO (as designated agent and representative for Local 2336), <br><br> Defendant. | Case: 1:07-cv-01460 <br> Assigned To : Friedman, Paul L. <br> Assign. Date : 8/13/2007 <br> Description: Labor-ERISA |

## CORPORATE DISCLOSURE STATEMENT
## OF PLAINTIFF VERIZON WASHINGTON, DC INC.

I, the undersigned, counsel of record for Verizon Washington, DC Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Verizon Washington, DC Inc. which have any outstanding securities in the hands of the public: Verizon Communications Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

WAI-2838500v1

2

Dated: August 13, 2007

Respectfully Submitted,

_____
Willis J. Goldsmith (DC Bar No. 945956)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

_____
Julia M. Broas (DC Bar No. 396119)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Counsel for Plaintiff
VERIZON WASHINGTON, DC INC.

WAI-2838500v1