UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON WASHINGTON, DC INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, <br><br> Defendant. | No. 1:07-CV-1460 |

## JOINT REPORT PURSUANT TO LOCAL RULE 16.3

In accordance with Local Rule 16.3 and the Notice of Status Conference issued by this Court on September 25, 2007, the parties provide the following joint Report for the Court's consideration:

1. **Proposed Schedule**

    (a) **Discovery**

    As this action involves cross-claims for vacatur and enforcement of an arbitrator's award pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, the parties agree that no discovery is needed in this matter.

    (b) **Dispositive Motions**

    Based on the nature of the issues involved, and since no discovery is required in this case, the parties are prepared to proceed directly to dispositive motions. The parties therefore propose the following schedule:

    | | |
    |---|---|
    | Cross Motions for Summary Judgment | Friday, November 14, 2007 |
    | Responses/Oppositions | Friday, December 14, 2007 |

WAI-2847467v1

      Hearing on Cross-Motions                      To be determined by the Court

      Decision on Cross-Motions                   To be determined by the Court

The parties have agreed to engage in discussions toward reaching stipulations of fact and law prior to the filing of their cross-motions.

    **2.**    **Other Matters**

        **(a)**    The parties do not consent to trial by a Magistrate Judge.

        **(b)**    The parties agree that there is no realistic possibility of settlement at this time.

        **(c)**    The parties agree that the case would not benefit from the Court's alternative dispute resolution procedures.

        **(d)**    The parties agree that no initial disclosures under Federal Rule of Civil Procedure 26(a)(1) need to be filed.

        **(e)**    The parties agree that no expert reports need to be exchanged or expert depositions need to be taken.

        **(f)**    The parties agree that there is no need for a pretrial conference or for a trial to be held in this matter.

Respectfully submitted,

| FOR PLAINTIFF VERIZON WASHINGTON, DC INC. | FOR COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO |
|---|---|
| s/Julia M. Broas | s/Nicholas Manicone |
| Julia M. Broas (DC Bar No. 396119) | Nicholas Manicone (DC Bar No. 461171) |
| JONES DAY | COMMUNICATIONS WORKERS OF |
| 51 Louisiana Avenue, NW 20001 | AMERICA, AFL-CIO Washington, DC |
| Tel: (202) 879-3939 | Tel: (202) 434-1321 |
| Fax: (202) 626-1700 | Fax: (202) 626-1700 |

AND

Willis J. Goldsmith (DC Bar No. 945956)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

DATE: October 9, 2007

WAI-2847467v1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record for each party by electronic notice on October 9, 2007.

                                              _____s/ Julia M. Broas_____
                                              Julia M. Broas

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON WASHINGTON, DC INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMUNICATIONS WORKERS OF )<br>AMERICA, AFL-CIO, )<br>)<br>Defendant. )<br>) | No. 1:07-CV-1460 |

## JOINT PROPOSED SCHEDULING ORDER

This matter having come before this Judge for a scheduling conference on October 16, 2007, and in accordance with Local Rule 16.3, it is hereby

**ORDERED** that the parties shall file cross motions for summary judgment on or before Friday, November 14, 2007;

**ORDERED** that the parties shall file their responses or oppositions to the cross motions for Summary Judgment on or before Friday, December 14, 2007;

**ORDERED** that a hearing on the cross motions shall be held on _____, 200_, at _____.

**SO ORDERED** on this _____ day of October, 2007.

_____
PAUL L. FRIEDMAN
United States Magistrate Judge

WAI-2848365v1