IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON WASHINGTON, DC INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>COMMUNICATIONS WORKERS )<br>OF AMERICA, AFL-CIO )<br>)<br>Defendant. )<br>) | Case No. 1:07-cv-01460<br><br>JUDGE PAUL L. FRIEDMAN |

## DEFENDANT COMMUNICATIONS WORKERS OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff Communications Workers of America, AFL-CIO ("CWA"), hereby moves this Court for an order entering Summary Judgment in its favor on the grounds that there are no issues of material fact, and CWA is entitled to judgment as a matter of law. In support of this motion, CWA relies upon the attached Memorandum of Points and Authorities in Support of Motion for Summary Judgment, the Declaration of Nicolas M. Manicone, and Exhibits attached thereto, and Exhibits attached to Plaintiff Verizon's Complaint.

Respectfully submitted,

/s/ Nicolas M. Manicone

Nicolas M. Manicone, Headquarters Counsel
DC Bar No. 461171
Communications Workers of America, AFL-CIO
501 Third Street, N.W., Suite 800
Washington, D.C. 20001-2797
Office: (202) 434-1321
Fax: (202) 434-1464

Dated: November 14, 2007                    Counsel for Defendant and Counter-Claimant