IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON WASHINGTON, D.C. INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO (as designated agent and representative for Local 2336), <br><br> Defendant. | Civil Action No. 1:07-CV-01460 (PLF) |

## NOTICE OF APPEARANCE

Please take notice that Jacqueline M. Holmes, Esq., of the law firm Jones Day, hereby enters her appearance as council for Plaintiff Verizon Washington, D.C. Inc. in the above-captioned matter.

Dated: January 7, 2008

                /s/
Jacqueline M. Holmes (D.C. Bar No. 450357)
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Willis J. Goldsmith (DC Bar No. 945956)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

ATTORNEYS FOR PLAINTIFF VERIZON
WASHINGTON, D.C. INC.

WAI-2859218v1

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 7th day of January 2008, I caused a copy of the foregoing Notice of Appearance to be sent by overnight mail, postage prepaid, to the following person:

> Nicholas M. Manicone, Headquarters Counsel
> Communications Workers of America, AFL-CIO
> 501 Third Street, NW, Suite 800
> Washington, D.C. 20001-2797

                                                Jacqueline M. Holmes /s
                                                Jacqueline M. Holmes