IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON WASHINGTON, DC INC., ) | |
| ) | |
| Plaintiff ) | Case No. 1:07-cv-01460 |
| ) | |
| v. ) | JUDGE PAUL L. FRIEDMAN |
| ) | |
| COMMUNICATIONS WORKERS ) | |
| OF AMERICA, AFL-CIO ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Nicolas M. Manicone, Esq., of the legal staff of the Communications Workers of America, AFL-CIO ("CWA"), hereby withdraws as counsel of record for Defendant and Counter Claimant CWA in the above-captioned matter and requests that Stephen Koslow, Esq. of the same organization, be substituted as counsel of record.

_____
Nicolas M. Manicone, Headquarters Counsel
Communications Workers of America, AFL-CIO
501 Third Street, N.W., Suite 800
Washington, D.C. 20001-2797
Office: (202) 434-1321
Fax: (202) 434-1464
DC Bar No.: 461171

_____
Stephen Koslow, Headquarters Counsel
Communications Workers of America, AFL-CIO
501 Third Street, N.W., Suite 800
Washington, D.C. 20001-2797
Office: (202) 434-1404
Fax: (202) 434-1454
DC Bar No.: 424700

Dated: January 15, 2008          Counsel for Defendant and Counter-Claimant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON WASHINGTON, DC INC., )<br> )<br>Plaintiff )<br> )<br>v. )<br> )<br>COMMUNICATIONS WORKERS )<br>OF AMERICA, AFL-CIO )<br> )<br>Defendant. )<br>_____ ) | Case No. 1:07-cv-01460<br><br>JUDGE PAUL L. FRIEDMAN |

### CERTIFICATE OF SERVICE

I, Nicolas M. Manicone, hereby certify that on this 15th day of January, 2008, a true and correct copy of the Notice of Substitution of Counsel was mailed to opposing counsel, via UPS overnight delivery, addressed as follows:

Willis J. Goldsmith
Jones Day
222 East 41st Street
New York, New York 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Jacqueline M. Holmes
Julia M. Broas
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Dated: January 15, 2008

_____
Nicolas M. Manicone
Counsel for Defendant Counter-Claimant