UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
VERIZON WASHINGTON, D.C. INC.,      )
                                    )
    Plaintiff,                     )
                                    )
    v.                             )    Civil Action No. 07-01460 (PLF)
                                    )
COMMUNICATIONS WORKERS              )
OF AMERICA, AFL-CIO,                )
                                    )
    Defendant.                     )
_____)

## ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the motion for summary judgment filed by Verizon Washington, D.C. Inc. [8] is GRANTED; it is

FURTHER ORDERED that the motion for summary judgment filed by the Communications Workers of America, AFL-CIO [7] is DENIED; it is

FURTHER ORDERED that this case is remanded to Arbitrator Paul Gerhart or an arbitrator of the parties' choosing with instructions to determine the retroactive effect of Arbitrator Gerhart's award in a manner consistent with the parties' collective bargaining agreement and the Court's Opinion; and it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court. This is a final appealable Order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE:  August 5, 2008                United States District Judge