IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON WASHINGTON, DC, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:07-cv-01460 |
| ) | |
| v. ) | JUDGE PAUL L. FRIEDMAN |
| ) | |
| COMMUNICATIONS WORKERS OF ) | |
| AMERICAL, AFL-CIO, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO NOTICE OF APPEAL

Notice is hereby given that Communications Workers of America, AFL-CIO, Defendant in the above-named case, appeals to the United States Court of Appeals for the District of Columbia Circuit the August 5, 2008 Opinion and Order of the Court denying Defendant's Motion for Summary Judgment, granting Plaintiff Verizon Washington, DC's Motion for Summary Judgment, and dismissing the case from the court docket.

                                                                                                        */s Stephen Koslow*
                                                                                                        Stephen M. Koslow (46881)
                                                                                                        5730 Dimes Road
   Rockville, Maryland  20855
   Tel.: 301-251-0227
   Fax: 202-434-1464
   skoslow@cwa-union.org

Dated:  August 28, 2008                   Counsel for Defendant Communications Workers
                                                  of America, AFL-CIO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERIZON WASHINGTON, DC, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:07-cv-01460 |
| ) | |
| v. ) | JUDGE PAUL L. FRIEDMAN |
| ) | |
| COMMUNICATIONS WORKERS OF ) | |
| AMERICAL, AFL-CIO, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant, Communications Workers of America's, AFL-CIO, Notice of Appeal was served upon all counsel of record by means of this Court's electronic filing system on this 28th day of August, 2008.

*s/ Stephen Koslow*
Stephen M. Koslow

Counsel for the Defendant Communications
Workers of America, AFL-CIO